# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DAVID DYDZAK,<br><br>  Plaintiff,<br><br>  v.<br><br>TANI CANTIL SAKAIJYE; JORGE NAVARRETE; THOMAS LAYTON, aka TOM LAYTON; CHARLES SCHWAB; DONALD F. MILES; JOHNNIE B. RAWLINGSON; BARRY G. SILVERMAN; WILLIAM A. FLETCHER; PETER LIND SHAW; RONALD M. GEORGE; ERIC M. GEORGE; ALAN I. ROTHENBERG; 1ST CENTURY BANK; 1ST CENTURY BANCSHARES, INC; EDWARD EPHRAIM SCHIFFER; SIDNEY R. THOMAS, WILLIAM DATO; MAXINE M. CHESNEY; MOLLY C. DWYER; GEORGE H. KING; A. WALLACE TASHIMA; FERDINAND FRANCIS FERNANDEZ; KIM MCCLANE WARDLAW; WILLIAM C. CANBY; RONALD M. GOULD; RICHARD C. TALLMAN; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.: 2:22-cv-01008-APG-VCG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT MIDFIRST BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff DANIEL DAVID DYDZAK, in pro per ("Plaintiff"), and Defendant MIDFIRST BANK, incorrectly named as 1ST CENTURY BANK and/or 1ST CENTURY BANCSHARES INC., to which it is the successor entity, by and through its counsel Michael Ayers, Esq. and Clark Vellis, Esq. of QUINTAIROS, PRIETO, WOOD & BOYER, P.A. ("MIDFIRST"), hereby stipulate as follows:

1. On February 3, 2022, Plaintiff filed the Complaint in the District Court for Clark County, Nevada (Case No. A-22-847734-C; ECF No. 1-2), which was then removed by

STIPULATION TO EXTEND DEADLINE FOR DEFENDANT MIDFIRST BANK TO RESPOND TO PLAINTIFF'S COMPLAINT - 1
1052658\311079367.v1

Defendants, Molly Dwyer, Peter Shaw, Edward Schiffer, Sidney Thomas and George King on June 24, 2022 (ECF No. 1).

2. MIDFIRST initially contested the effectiveness of service of summons by Plaintiff, but has agreed to accept service as of June 20, 2022;

3. MIDFIRST is required to file a responsive pleading to the Complaint within twenty-one (21) days of its acceptance of service thereof, i.e., July 11, 2022; and

4. Plaintiff and MIDFIRST hereby stipulate to extend MIDFIRST's deadline to file its responsive pleading in this matter until and including July 20, 2022, as MIDFIRST has only recently retained counsel, and requires the additional time to review this matter and formulate its defenses.

This is the first stipulation for extension of time for MIDFIRST to respond to Plaintiff's Complaint (ECF No. 1-2) and is being made in good faith and not for the purpose of undue delay. No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

Dated this 5th day of July, 2022.

By: /s/ Daniel D. Dydzak
Daniel D. Dydzak
4265 Marina City Dr., Ste. 407W
Marina del Rey, Ca 90292
ddydzak@yahoo.com
*In Pro Per Plaintiff*

Dated this 5th day of July, 2022.
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: /s/ Michael Ayers
Michael Ayers, Esq.
NV Bar No. 10851
Clark Vellis, Esq.
NV Bar No. 5533
200 S. Virginia St., 8th Fl.
Reno, NV 89501
michael.ayers@qpwblaw.com
clark.vellis@qpwblaw.com
*Attorneys for MIDFIRST BANK incorrectly named herein as 1ST CENTURY BANK and/or 1ST CENTURY BANCSHARES, INC.*

**ORDER**

The Stipulation to Extend Deadline for Defendant MIDFIRST BANK to Respond to Plaintiff's Complaint up to and including July 20, 2022, is so ORDERED AND ADJUDGED.

DATED: July 5, 2022

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System and through that service, a copy was sent with e-notice to all parties.

Dated:  July 5, 2022

*/s/ Christine L. Miller*
An Employee of QUINTAIROS,
PRIETO, WOOD & BOYER, P.A.