# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DANIEL DAVID DYDZAK,

    Plaintiff(s),

v.

TANI CANTIL-SAKAUYE, et al.,

    Defendant(s).

2:22-cv-01008-APG-VCF

**ORDER**

Before the court is the motion for extension of time to respond to plaintiff's complaint (ECF No. 4).

Plaintiff filed a non-opposition to the motion for extension of time to respond to the complaint (ECF No. 19).

Accordingly, and good cause shown,

IT IS HEREBY ORDERED that the motion for extension of time to respond to plaintiff's complaint (ECF No. 4), is GRANTED. The deadline to file a response to the complaint is extended to August 30, 2022 for Defendants Molly Dwyer, Peter Shaw, Edward Schiffer, Sidney Thomas, and George King.

DATED this 14th day of July 2022.

                                              CAM FERENBACH
                                              UNITED STATES MAGISTRATE JUDGE