# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DAVID DYDZAK,<br><br>    Plaintiff<br><br>v.<br><br>TANI CANTIL-SAKAUYE, et al.,<br><br>    Defendants | Case No.: 2:22-cv-01008-APG-VCF<br><br>**Order**<br><br>[ECF No. 39] |

I ORDER that plaintiff Daniel Dydzak's request to extend time **(ECF No. 39) is GRANTED**. The time for Dydzak to file responses to the motions to dismiss filed by defendants 1st Century Bank and 1st Century Bancshares, Inc. (ECF No. 22) and defendant Charles Schwab (ECF No. #25) is extended to **August 25, 2022**.

I FURTHER ORDER that defendants 1st Century Bank and 1st Century Bancshares, Inc., which claims they have been incorrectly named in this action, shall file a motion to change to the caption to accurately reflect the correctly named defendant by August 19, 2022.

DATED this 11th day of August, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE