UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANIEL DAVID DYDZAK,

    Plaintiff

v.

TANI CANTIL-SAKAUYE, et al.,

    Defendants

Case No.: 2:22-cv-01008-APG-VCF

**Order**

[ECF Nos. 52, 53, 61, 64]

    Plaintiff Daniel Dydzak moves to stay the case and extend his time to respond to a motion to dismiss. ECF Nos. 52, 61.  He also moves to appoint a special master. ECF No. 53. Defendants William Canby, Ferdinand Fernandez, William Fletcher, Ronald Gould, Johnnie Rawlinson, Barry Silverman, Richard Tallman, Sidney Thomas, Kim Wardlaw, Maxine Chesney, Molly Dwyer, George King, Edward Schiffer, and Peter Shaw (collectively, the federal defendants) move to stay discovery pending resolution of their motion to dismiss. ECF No. 64.

    I deny Dydzak's motion for a special master.  Dydzak has not shown any exceptional condition or need for a special master related to a complex damages computation or to address pretrial matters that I or the assigned magistrate judge cannot effectively and timely address. *See* Fed. R. Civ. P. 53.

    I grant Dydzak's motion to extend time to respond to the federal defendants' motion to dismiss.  Dydzak has until December 15, 2022 to file his response.

    I grant in part Dydzak's motion to stay the case and grant the federal defendants' motion to stay discovery.  Discovery is stayed until I resolve the pending motions to dismiss.  However, I will rule on the motions to dismiss that are fully briefed because there is no reason to stay a ruling on those matters.

I THEREFORE ORDER that plaintiff Daniel Dydzak's motion to appoint a special master **(ECF No. 53) is DENIED**.

I FURTHER ORDER that Dydzak's motion to extend time **(ECF No. 61) is GRANTED**. Dydzak shall have until December 15, 2022 to respond to the federal defendants' motion to dismiss at ECF No. 46.

I FURTHER ORDER that Dydzak's motion to stay case **(ECF No. 52) is GRANTED in part**. Discovery is stayed until I resolve the pending motions to dismiss. However, I deny the motion to the extent it seeks to stay rulings on fully briefed motions to dismiss.

I FURTHER ORDER that the federal defendants' motion to stay discovery **(ECF No. 64) is GRANTED**. Discovery is stayed until I resolve the pending motions to dismiss.

DATED this 30th day of September, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE