# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DAVID DYDZAK,<br><br>　　Plaintiff<br><br>v.<br><br>TANI CANTIL-SAKAUYE, et al.,<br><br>　　Defendants | Case No.: 2:22-cv-01008-APG-VCF<br><br>**Order** |

On September 15, 2022, plaintiff Daniel Dydzak was advised by the court that his claim against Thomas Layton[1] would be dismissed without prejudice unless by October 15, 2022 Dydzak either filed proper proof of service or showed good cause why such service was not timely made. ECF No. 63.  Dydzak has failed to do so.

I THEREFORE ORDER that plaintiff Daniel Dydzak's claim against defendant Thomas Layton is DISMISSED without prejudice for failure to timely and properly serve.

DATED this 18th day of October, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The notice also advised Dydzak that he failed to provide proof of service as to defendant Wallace Tashima. ECF No. 63.  However, Tashima has appeared in this action. ECF No. 81.